JOHN DAWIDOWICZ, Appellant, v. JACK ROSSI et al., Respondents.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

FLORENCE PROCTOR, Individually and as Guardian ad Litem of RICHARD WILBER, an Infant, Appellant, v. BOARD OF EDUCATION, OLEAN CITY SCHOOL DISTRICT, Respondent.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

MICHAEL CUMBO, Respondent, v. ROCHESTER TRANSIT CORPORATION, Appellant, et al., Defendants.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Accounting of ROCHESTER TRUST AND SAFE DEPOSIT COMPANY et al., as Executors of and Trustees under the Will of F. JUDSON HESS, Deceased.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

ORA D. LAYTON, as Administratrix of the Estate of LURA A. DENNIS, Deceased, Respondent, v. ROSS W. DENNIS, Appellant.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.